**96–1213.**  State v. McGuire.  *Preble County,* No. CA95–01–001.  On motion to withdraw as counsel.  Motion granted.

## DISCRETIONARY APPEALS ALLOWED

**96–198.**  Felton v. Felton.  *Carroll County,* No. 94CA646.
F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.

**96–200.**  State v. Strode.  *Franklin County,* No. 95APC07–852.  Discretionary appeal allowed; *sua sponte,* cause held for the decision in 95–1377 and 95–1466, *State v. Gustafson,* Mahoning County, No. 94 C.A. 232;  briefing schedule stayed.

**96–207.**  State v. Nowling.  *Franklin County,* No. 95APC07–867.  Discretionary appeal allowed; *sua sponte,* cause held for the decision in 95–1377 and 95–1466, *supra;*  briefing schedule stayed.

**96–219.**  Twinsburg v. Buckley.  *Summit County,* No. 17226.  Discretionary appeal allowed; *sua sponte,* cause held for the decision in 95–1377 and 95–1466, *supra;*  briefing schedule stayed.

**96–229.**  State v. Reynolds.  *Erie County,* No. E–95–041.
STRATTON, J., dissents.
RESNICK, J., not participating.

**96–249.**  Rulli v. Fan Co.  *Mahoning County,* No. 94 C.A. 14.
MOYER, C.J., and COOK, J., dissent.

**96–502.**  Bar–Tec, Inc. v. Ohio Dept. of Liquor Control.  *Franklin County,* No. 95APE10–1331.
RESNICK, PFEIFER and COOK, JJ., dissent.

**96–526.**  In re Hayes.  *Hancock County,* No. 5–95–19.
RESNICK and PFEIFER, JJ., dissent.